UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Tamir Duval, Case No. 21 CR 341 : 20 mj 1002

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. **TAMIR R. DUVAL, DOB 9/23/1998, SBI # 957986E,** is now confined at the Essex County Jail.

2. Said individual will be required to appear via video conference before the Hon. Andre M. Espinosa, United States Magistrate, in Newark, New Jersey, on Friday, April 30, 2021, at 2:00 p.m., for an **Initial Appearance** hearing on the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 28, 2021

*/s/ Blake A. Coppotelli*

Blake A. Coppotelli
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: April 28, 2021

Hon. Andre M. Espinosa
United States Magistrate Judge

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Jail - WE COMMAND YOU, that you have the body of

**TAMIR R. DUVAL, DOB 9/23/1998, SBI # 957986E**

now confined at the Essex County Jail, made available via video conference before the Hon. Andre M. Espinosa, United States Magistrate, in Newark, New Jersey, on Friday, April 30, 2021, at 2:00 p.m., so that he may have his **Initial Appearance** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Hon. Andre M. Espinosa
United States Magistrate Judge
Newark, New Jersey.

DATED: April 28, 2021

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk